**Joan Marie HARRIS, Plaintiff–Appellant,**

v.

**John R. LEOPOLD; Anne Arundel County, Maryland, Defendants–Appellees.**

No. 14–2198.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Joan Marie Harris, Appellant Pro Se. Jonathan A. Hodgson, Jay Creech, Andrew Jensen Murray, Anne Arundel County Office of Law, Annapolis, Maryland, for Appellees.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

the earliest date it could have been properly delivered to prison officials for mailing to the

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joan Marie Harris appeals the district court's order granting summary judgment in favor of Anne Arundel County in her action alleging retaliatory termination in violation of Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Anne Arundel County,* No. 1:12–cv–00829–CCB (D.Md. Oct. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*